# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

———————————————

## No. 201700272

———————————————

## UNITED STATES OF AMERICA
Appellee

v.

## JAMES W. CINADER
Staff Sergeant (E-6), U.S. Marine Corps
Appellant

———————————————

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Lieutenant Colonel F.W. Hoover, USMC.
Convening Authority: Commanding General, 2d Marine Division,
Camp Lejeune, NC.
Staff Judge Advocate's Recommendation: Captain Scott A. Beimer,
USMC.
For Appellant: Captain Bree A. Ermentrout, JAGC, USN.
For Appellee: Brian K. Keller, Esq.

———————————————

Decided 28 November 2017

———————————————

Before GLASER-ALLEN, HUTCHISON, and FULTON, *Appellate Military Judges*

———————————————

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).


For the Court



R.H. TROIDL
Clerk of Court